IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DIAGNOSTIC AFFILIATES OF NORTHEAST HOU, LLC D/B/A 24 HOUR COVIDRT-PCR LABORATORY, § § § § § § Plaintiff, § § v. § § 90 DEGREE BENEFITS, INC., § § Defendant. § § § § § § | Civil Action No. 2:22-cv-00013 |

**DEFENDANT 90 DEGREE BENEFITS, INC.'S
DISCLOSURE OF INTERESTED PARTIES**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (dkt. 3), Defendant 90 Degree Benefits, Inc., ("Defendant") provides the following information. Defendant submits this Disclosure within fifteen (15) days of its discovery of the existence of this Order (dkt. 3) as a copy of the same does not appear to have been served with a copy of the Complaint on Defendant in this matter:

A complete listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Diagnostic Affiliates of Northeast Hou, LLC d/b/a 24 Hour Covidrt-PCR Laboratory
   *Plaintiff*

2. Ebadullah Khan, State Bar No. 24092625
   23330 US-59, Suite 300
   Kingwood, Texas 77339
   ekhan@24hourcovid.com
   Tel: 281-319-8306
   Facsimile: 281-605-6690
   *Attorney for Plaintiff*

3. 90 Degree Benefits, Inc.
   *Defendant*

4. Chad L. Farrar
   Katie P. Harrison
   MULLIN HOARD & BROWN, LLP
   2515 McKinney Ave. Ste. 900
   Dallas, Texas 75201
   Tel: (214) 754-0040
   Fax: (214) 754-0043
   cfarrar@mhba.com
   kharrison@mhba.com
   *Attorneys for Defendant 90 Degree Benefits, Inc.*

             Respectfully submitted,

             /s/ Chad L. Farrar
             By: Chad L. Farrar, Attorney-in-Charge

             Chad L. Farrar, SBN 00793716
             Katie Harrison, SBN 24062767
             MULLIN HOARD & BROWN, L.L.P.
             2515 McKinney Ave., Suite 900
             Dallas, Texas 75201
             Telephone: (214) 754-0040
             Facsimile: (214) 754-0043
             cfarrar@mhba.com
             kharrison@mhba.com

             ***Attorneys for Defendant 90 Degree Benefits, Inc.***

## CERTIFICATE OF SERVICE

  This is to certify that I have served a true and correct copy of the foregoing document upon all known counsel of record, as indicated below, in conformity to the FEDERAL RULES OF CIVIL PROCEDURE on this 30th of March, 2022.

Ebadullah Khan
23330 US-59, Suite 300
Kingwood, Texas 77339
ekhan@24hourcovid.com

             /s/ Chad L. Farrar
             Chad L. Farrar