United States District Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIAGNOSTIC AFFILIATES OF NORTHEAST HOU, LLC, | § § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00013 |
| 90 DEGREE BENEFITS, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal without prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 15); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       April ___, 2022